MILDRED McGUINN et al., Appellants, *v.* KNICKERBOCKER HOSPITAL, Respondent.

Argued January 9, 1951; decided March 1, 1951.

*Benjamin H. Siff* and *Herman Goldenberg* for appellants.
*Walter L. Glenney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.